## Cobos, Apelante, *v.* Clausel, Apelada.

Apelación procedente de la Corte de Distrito de San Juan, Sección 1ª.

No. 923.—Resuelto en junio 20, 1913.

Divorcio—Injurias Graves—Relaciones Amorosas con Una Tercera Persona.—El hecho fundamental de la demanda de divorcio en este caso es que la demandada ha injuriado gravemente al demandante sosteniendo relaciones amorosas con una tercera persona. Para probar este hecho el demandante presentó una carta amorosa dirigida por Rosa a Lola, la cual dice el demandante que quitó a su esposa la demandada en momentos en que ésta iba a echarla al correo bajo sobre dirigido a su amante y dos cartas más sin fecha y sin firma que el demandante afirma fueron escritas por su esposa, habiendo además declarado el demandante. Se resolvió que aun admitida la autenticidad de las tres cartas mencionadas por haber sido unidas a la demanda sin negarse por la demandada, no prueban que la demandada fué la que bajo la firma de Rosa dirigió a su amante, bajo el nombre de Lola, la carta que el marido le quitó, y por tanto no se han probado las relaciones amorosas que se alegan como fundamento de la injuria grave.

Id.—Injurias Graves—Crueldad.—Para obtener un divorcio a causa de injurias graves, tales injurias graves deben llegar al extremo de crueldad.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Bosch* y *Soto.*

La parte apelada no compareció.

Abogado del Pueblo: *Sr. Frank Martínez, Fiscal interino.*

El Juez Presidente Sr. Hernández emitió la opinion del tribunal.

Se trata de un pleito de divorcio seguido por Gregorio Cobos contra su esposa Luisa Clausel, que comenzó por demanda presentada a la Corte de Distrito de San Juan, Sección 1ª., en 23 de marzo del año próximo pasado, en la que se alega como hecho fundamental de la acción, que la demandada ha injuriado gravemente al demandante sosteniendo relaciones amorosas con el individuo José Manuel de Loira, según cartas que se acompañan a la demanda para que formen parte de la misma.

Emplazada Luisa Clausel para que contestara la demanda, no lo hizo en tiempo y le fué anotada la rebeldía en 8 de abril

del año expresado; y habiéndose celebrado el juicio con la sola comparecencia del demandante, la corte dictó sentencia en 30 de agosto de 1912 declarando sin lugar la acción con las costas al demandante, el cual interpuso contra ella recurso de apelación para ante esta Corte Suprema.

Fúndase el recurso en que dicha sentencia es contraria a derecho y a las pruebas, por haberse infringido los artículos 164, inciso 4°. del Código Civil y 119 del Código de Enjuiciamiento Civil.

Las pruebas ofrecidas en evidencia por el demandante consisten en una carta amorosa dirigida por Rosa a Lola con fecha 13 de octubre del año 1902, la cual dice el demandante quitó a su esposa la demandada, en momentos en que ésta iba a echarla al correo bajo sobre a José Manuel de Loira; en dos cartas más sin fecha y sin firma que el demandante afirma fueron escritas por su esposa, impetrando perdón del demandante por una falta que no expresa cual sea, y en la declaración del demandante expresiva de que hace más de diez años que está separado de su esposa con motivo de la carta que le quitó cuando trataba de echarla al correo.

Las tres cartas de referencia son las mismas que se acompañaron a la demanda y su autenticidad debe considerarse admitida, por no haberse negado por la demandada, de conformidad con lo que previene el artículo 119 del Código de Enjuiciamiento Civil; pero esa autenticidad no puede tener más alcance que el que revelan las mismas cartas, sin que por tanto podamos llegar a la conclusión de hecho, de que la demandada fué la que bajo la firma de Rosa dirigió a José Manuel de Loira, oculto bajo el nombre de Lola, la carta de 13 de octubre de 1902, aunque aceptemos que ella fué la que pidió perdón a su esposo en las otras dos cartas por una falta que ignoramos cuál fuera.

No hay, pues, prueba de las relaciones amorosas de Luisa Clausel con José Manuel de Loira que constituyen, según el demandante, las injurias graves en que se funda la demanda.

Además, hemos resuelto en los casos de *Cruz* v. *Domín-*

*guez* y de *Quiñones* v. *Rodríguez,* que para obtener un divorcio a causa de injurias graves, tales injurias graves deben llegar al extremo de crueldad; 8 D. P. R., 580; 9 D. P. R., 322, respectivamente.

No existe evidencia de crueldad en este caso.

Véase el caso de *Axtmayer* v. *Ortiz,* resuelto en mayo 19 del corriente año, (pág. 499.)

La sentencia apelada debe confirmarse.

*Confirmada.*

Jueces concurrentes: Sres. Asociados MacLeary, Wolf, del Toro y Aldrey.